UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In the Matter of:                                                        Chapter 13
ROSIE HUGHES                                         Case No.    17-24738-GMH

                 Debtor.
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable G. Michael Halfenger, United States Bankruptcy Judge, on **May 10, 2022 at 2:30 p.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-684-8852, access code 7183566 before the scheduled hearing time.** Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

/s/_____
Scott Lieske, Chapter 13 Trustee
Christopher D. Schimke, Staff Attorney
Kyle R. Knutson, Staff Attorney
Judith L. Du Sell, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, Wisconsin 53203
T: (414) 271-3943
F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:
ROSIE HUGHES

                                         Chapter 13
                                         Case No. 17-24738-GMH

                Debtor.
_____

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**
_____

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The Debtor failed to demonstrate that the proposed plan satisfies 11 U.S.C. § 1325(a)(6). The modification provides for an increase in plan payments. While the Debtor filed an amended budget, the Debtor did not provide updated income documentation to the Trustee, and the income figures on the amended Schedule I appear to be unchanged compared to the original Schedule I filed almost five (5) years ago in May 2017. Furthermore, the wages listed on the amended Schedule I appear to be inconsistent with the Debtor's 2019 & 2020 wage income, based on the tax returns the Trustee recently received.

Based on the terms contained in the proposed plan modification, the plan will not complete within the maximum plan term of eighty-four (84) months provided by the confirmed plan, as previously modified.

                                              OFFICE OF CHAPTER 13 TRUSTEE


                                              /s/_____
                                              Scott Lieske, Chapter 13 Trustee
                                              Christopher D. Schimke, Staff Attorney
                                              Kyle R. Knutson, Staff Attorney
                                              Judith L. Du Sell, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                        Chapter 13
ROSIE HUGHES                                   Case No. 17-24738-GMH

Debtor.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system on the date of the electronic signature affixed hereto:

         OFFICE OF THE U.S. TRUSTEE
         BANKRUPTCY LAW OFFICE RICHARD A CHECK SC

I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

         ROSIE HUGHES
         8259 WEST POTOMAC AVENUE
         MILWAUKEE, WI 53218

/s/_____
Tongula Washington
Administrative Assistant
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344